UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZACHARY BELLI, et al.,

    Plaintiffs,

v.                                                              CASE NO: 8:12-cv-1001-T-23MAP

HEDDEN ENTERPRISES, INC.,
d/b/a INFINITY TECHNOLOGY
SOLUTIONS

    Defendant.
_____/

**ORDER**

On August 3, 2012, the plaintiffs moved (Doc. 22) for leave to submit a motion that exceeds the page limit. The motion states, "The complex factual and legal issues involved[] make it difficult to meet the page limitation of twenty-five [] pages." Two hours later and without leave, the plaintiffs submitted (Doc. 23) a twenty-nine-page motion. Based on the mistaken premise that this FLSA collective action presents atypically complex issues, the motion to exceed the page limit (Doc. 22) is **DENIED**. The motion for conditional collective status (Doc. 23) is **STRICKEN**.

A review of the proposed, twenty-nine-page motion's commencement confirms that a modicum of informed editorial revision easily reduces the motion to twenty-five pages without a reduction in substance. Compare this:

>    Plaintiffs, ~~ZACHARY BELLI, BENJAMIN PETERSON, ERIC KINSLEY, and LARRY JOHNSON, (hereinafter referred to as "Plaintiffs"), individually and on behalf of all others similarly situated ("Class members"), by and through the undersigned counsel and pursuant to the Fair Labor Standards Act of 1938, (the "FLSA"), 29 U.S.C. § 216(b) files this motion seeking an order~~ [move] (1) [to] conditionally certif~~ying this case as~~ a collective ~~class~~ action; (2) [to] requir[e]~~ing~~ the Defendant~~, HEDDEN ENTERPRISES, INC. d/b/a INFINITY TECHNOLOGY SOLUTIONS (hereinafter "Defendant")~~, to produce ~~and disclose all of~~ the names[,] ~~and last known~~ addresse~~s~~[,] and telephone number~~s~~ of the [each] potential C[c]lass M[m]ember~~s so that notice may be implemented~~; and (3) [to] authoriz[e]~~ing~~ notice ~~by U.S. First Class mail to all~~ [of this action to each] similarly situated person~~s~~ employed by Defendant within ~~the past~~ three ~~(3)~~ years[.] ~~to inform them of the pendency of this suit and to inform them of their right to opt-in to this lawsuit. In support of this Motion, Plaintiffs sets forth the following facts and provides this Court with a Memorandum of Law in support of the Motion, and asserts as follows:~~

To this:

>    Plaintiffs move (1) to conditionally certify a collective action; (2) to require the Defendant to produce the name, address, and telephone number of each potential class member; and (3) to authorize notice of this action to each similarly situated person employed by Defendant within three years.

Concentrating on the elimination of redundancy, verbosity, and legalism (*see, e.g.*, BRYAN A. GARNER, THE ELEMENTS OF LEGAL STYLE (2d ed. 2002)), the plaintiffs may submit a twenty-five-page motion on or before **August 15, 2012**.

ORDERED in Tampa, Florida, on August 7, 2012.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE