UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZACHARY BELLI, et al.,

    Plaintiffs,

v.   CASE NO: 8:12-cv-1001-T-23MAP

HEDDEN ENTERPRISES, INC.,
d/b/a INFINITY TECHNOLOGY
SOLUTIONS

    Defendant.
_____/

## ORDER

After the plaintiffs announced a settlement, an August 13, 2012, order (Doc. 29) directs the parties to submit for approval the proposed settlement agreement. The plaintiffs' August 8, 2012, motion for conditional collective statuts (Doc. 26) is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on August 21, 2012.

                          *Steven D. Merryday*
                          STEVEN D. MERRYDAY
                         UNITED STATES DISTRICT JUDGE