UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZACHARY BELLI, et al.,

      Plaintiffs,

v.                                      CASE NO: 8:12-cv-1001-T-23MAP

HEDDEN ENTERPRISES, INC.,
d/b/a INFINITY TECHNOLOGY
SOLUTIONS

      Defendant.

_____/

## ORDER

      The plaintiffs sue (Doc. 1) under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, and move (Doc. 31) for approval of the settlement agreement. The parties ignore an August 13, 2012, order (Doc. 29), which directs the parties to "identify each party's estimate of the hourly wage and the number of unpaid hours worked (in other words, establish the range of each plaintiff's potential recovery)." The omission renders impossible a determination of "fairness."  The motion (Doc. 31) is **DENIED WITHOUT PREJUDICE**.  The parties shall move on or before **SEPTEMBER 24, 2012**, for approval of the proposed settlement agreement.

      ORDERED in Tampa, Florida, on September 7, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE