UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZACHARY BELLI, et al.,

Plaintiffs,

v. CASE NO: 8:12-cv-1001-T-23MAP

HEDDEN ENTERPRISES, INC.,
d/b/a INFINITY TECHNOLOGY
SOLUTIONS

Defendant.
___________________________________/

**ORDER**

The plaintiffs sue (Doc. 1) under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, and move (Doc. 33) for approval of the settlement agreement. The parties confirm the existence of a bona fide dispute. Under the settlement agreement, Zachary Belli receives $19,000 (range of potential recovery from $0 to $59,132); Larry Johnson receives $6,000 ($0 to $34,614); Simon Dion receives $6,500 ($0 to $46,047); Sean Harris receives $4,500 ($0 to $12,852); Benjamin Peterson receives $14,000 ($0 to $48,460); Christopher London receives $7,500 ($0 to $40,291); Angel Medina receives $7,000 ($0 to $8,820); Eric Kinsley receives $2,000 ($0 to $28,104); and Stephen Twait receives $18,500 ($0 to $29,348).

The settlement agreement (Doc. 33-1) is **APPROVED**; the motion (Doc. 33) is **GRANTED**; and this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on September 13, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE